PER CURIAM.
Affirmed. Craig v. State, 510 So.2d 857 (Fla.1987), cert. denied, 484 U.S. 1020, 108 S.Ct. 732, 98 L.Ed.2d 680 (1988); State v. Kinchen, 490 So.2d 21 (Fla.1985); State v. Marshall, 476 So.2d 150 (Fla.1985). See Snipes v. State, 651 So.2d 108 (Fla. 2d DCA 1995); Lages v. State, 640 So.2d 151 (Fla. 2d DCA 1994); Munroe v. State, 514 So.2d 397 (Fla. 1st DCA 1987), review denied, 519 So.2d 987 (Fla.1988).